## McKAY v. FULGHAM et ux. (No. 1616.)

(Court of Civil Appeals of Texas. Amarillo. March 3, 1920.)

Appeal from District Court, Clay County; Wm. N. Bonner, Judge.

Action by J. W. Fulgham and wife against L. McKay. Judgment for plaintiffs, and defendant appeals. Reversed and rendered.

Wood & Wood, of Dallas, and Stine & Stine, of Henrietta, for appellant.

Taylor, Allen & Taylor, Wantland & Dickey, and L. W. Parrish, all of Henrietta, for appellees.

HUFF, C. J. This is a companion case with 1615, McKay v. Tally, 220 S. W. 167, this day handed down. The allegations for cancellation of the oil lease are substantially the same as in that case. The terms of the lease are the same here as there, and the facts established on the trial are identical, except that $96 was paid before the time limit expired to the Worsham Banking Company.

This case will be ruled by the Tally Case, and upon the authority of that case we reverse and render this one.

---

## McKAY v. FULGHAM et ux. (No. 1617.)

(Court of Civil Appeals of Texas. Amarillo. March 3, 1920.)

Appeal from District Court, Clay County; Wm. N. Bonner, Judge.

Action between L. McKay and S. L. Fulgham and wife. From a judgment for the latter, the former appeals. Reversed and rendered.

Wood & Wood, of Dallas, and Stine & Stine, of Henrietta, for appellant.

Taylor, Allen & Taylor, Wantland & Dickey, and L. W. Parrish, all of Henrietta, for appellees.

HUFF, C. J. This case is also the same as the Tally Case, 220 S. W. 167, and J. W. Fulgham Case, 220 S. W. 171, except as to the amount of the rentals.

For the reasons given in the Tally Case, this one will be reversed and rendered.